1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9   VERONICA JOSEPH,

10                              Plaintiff,              CASE NO. C17-5494-MAT

11              v.

12  NANCY A. BERRYHILL,                                 ORDER OF REMAND
    Acting Commissioner of Social Security,
13
                                Defendant.
14

15          Based on the stipulation of the parties (Dkt. 14), the Court orders this case REMANDED

16  to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g). On remand, the

17  Administrative Law Judge (ALJ) shall offer the claimant the opportunity for a hearing, further

18  evaluate the claimant's symptoms, further evaluate the opinion evidence, further evaluate the

19  claimant's RFC, and, if warranted, obtain supplemental vocational evidence. The ALJ may

20  supplement the administrative record with the record in the subsequent claim if warranted.

21          The Court will retain jurisdiction over this action pending further administrative

22  proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98-102 (1991). If the outcome of those

23  proceedings is unfavorable to plaintiff, he may seek judicial review by reinstating this case rather

than by filing a new Complaint. If the outcome is favorable to plaintiff, the parties will move

this Court for entry of Judgment.

DATED this <u>20th</u> day of November, 2017.

Mary Alice Theiler
United States Magistrate Judge