U.S. MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| VERONICA JOSEPH,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No.  3:17-cv-05494-MAT<br><br><br><br>~~PROPOSED~~ ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the decision of the Administrative Law Judge, dated December 5, 2018, is AFFIRMED pursuant to sentence four of 42 USC § 405(g).  Judgment is entered for Plaintiff.

DATED this 10th day of September, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

~~PROPOSED~~ ORDER -
Page 1 - [2:11-cv-02172-JLR-MAT]

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov

PROPOSED ORDER -
Page 2 - [2:11-cv-02172-JLR-MAT]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494